[S. F. No. 10794. In Bank.—August 2, 1923.]

## O. D. HADLEY et al., Petitioners, v. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA, Respondent.

[1] CERTIORARI—SCANDALOUS MATTER—PETITION STRUCK FROM FILES. A petition for a writ of *certiorari* to review an order of the Railroad Commission which contains much matter of a scandalous nature which is wholly irrelevant to the questions raised by the petition, and which appears to have been inserted therein for the sole purpose of reflecting upon the integrity of the Commission, will be stricken from the files of the court.

APPLICATION for a Writ of Certiorari to review an order of the Railroad Commission. Application stricken from files.

The facts are stated in the opinion of the court.

Robert G. Hill for Petitioners.

THE COURT.—[1] This is a petition for a writ of *certiorari* to review an order of the Railroad Commission. It contains much matter of a scandalous nature which is wholly irrelevant to the questions raised by the petition, and which appears to have been inserted therein for the sole purpose of reflecting upon the integrity of the respondent Commission.

For this reason it is ordered that said petition be and it is hereby stricken from the files of this court.